USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

JACK WOLFSKIN NORTH AMERICA, INC.,

        Defendant.
------------------------------------------------------------- X

22-CV-3655 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed a Complaint on May 5, 2022, Dkt. 1;

    WHEREAS Defendant moved to dismiss the Complaint on September 16, 2022, Dkt. 11; and

    WHEREAS Plaintiff filed an Amended Complaint on October 7, 2022, Dkt. 14;

    IT IS HEREBY ORDERED that Defendant's motion to dismiss the Complaint is denied as moot.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Docket 11.

    IT IS FURTHER ORDERED that Defendant must move or answer the Amended Complaint not later than **Monday, November 7, 2022**, Plaintiff must file any opposition to a motion to dismiss not later than **Monday, November 21, 2022**, and Defendant must file any reply not later than **Monday, November 28, 2022**.

**SO ORDERED.**

Date: October 11, 2022
      New York, New York

                              **VALERIE CAPRONI**
                              United States District Judge