**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

JACK WOLFSKIN NORTH AMERICA, INC.,

                Defendant.

------------------------------------------------------------x

Case No.: 1:22-cv-03655-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff LUIGI ABREU hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Jack Wolfskin North America, Inc.

DATED: December 28, 2022

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

This notice of voluntary dismissal only pertains to the named Plaintiff. The Clerk of Court is respectfully directed to strike the class action language from the caption and to close the case.

SO ORDERED.

*[signature]* 12/29/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE